# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVINA JACOBS | CIVIL ACTION |
| VERSUS | |
| AUDUBON HOME HEALTH OF BATON ROUGE, INC. | NO.: 18-00059-BAJ-EWD |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 7)** under 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff's Motion to Remand. (Doc. 2). The Magistrate Judge recommends granting Plaintiff's Motion to Remand and awarding Plaintiff $500.00 in attorney's fees and costs. (Doc. 7).

The Report and Recommendation notified the parties that, under 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 7). Neither party objected. Having carefully considered the underlying matter, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation, (Doc. 7)**, is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the **Motion to Remand (Doc. 2)** is **GRANTED** and this case is **REMANDED** to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff's request for fees and costs under 28 U.S.C. § 1447(c) is **GRANTED IN PART** and Plaintiff is awarded $500.00.

Baton Rouge, Louisiana, this 14th day of August, 2018.

_____
**BRIAN A. JACKSON**
**UNITED STATES DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**